

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00766-CR

Matthew Hernandez **YANEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR10156
Honorable Laura Lee Parker, Judge Presiding

Opinion by:     Liza A. Rodriguez, Justice

Sitting:     Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: October 25, 2023

AFFIRMED

Following a jury trial, Matthew Hernandez Yanez was convicted of aggravated assault with a deadly weapon (repeater) and was sentenced to sixty years of imprisonment. Yanez timely filed a notice of appeal. His court-appointed appellate counsel filed a brief and motion to withdraw in accordance with *Anders v. California*, 386 U.S. 738 (1967). With citations to the record and legal authority, counsel's brief explains why no arguable points of error exist for review and concludes this appeal is frivolous and without merit. *See id*. at 744-45; *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). Counsel's brief satisfies the requirements of *Anders*, 386 U.S. at 744-45. *See*

*High*, 573 S.W.2d at 812-13. Yanez was provided with a copy of the *Anders* brief and was informed of his right to review the record and file his own brief. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Additionally, counsel advised appellant that if he wished to review the record, he must file a motion in this court and enclosed a form motion for that purpose. *See id*. Yanez subsequently filed a pro se motion, and this court directed the clerk of this court to send Yanez a copy of the appellate record. Yanez then filed a pro se brief.

We have reviewed counsel's *Anders* brief, Yanez's pro se brief, and the appellate record. We agree with counsel that this appeal is frivolous and without merit. We affirm the trial court's judgment and grant counsel's motion to withdraw.[1] *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

Liza A. Rodriguez, Justice

DO NOT PUBLISH

---

[1]No substitute counsel will be appointed. If Yanez would like to seek review by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the later of (1) the date of this opinion; or (2) the date the last timely motion for rehearing is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed with the clerk of the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3. Any petition for discretionary review should comply with the requirements of Texas Rule of Appellate Procedure 68.4. *See* TEX. R. APP. P. 68.4.